**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No.   09 B 44643** |
| **BOSTON BLACKIES MANAGEMENT,** | ) | **Honorable Jack B. Schmetterer** |
| **COMPANY, INC., et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors and Debtors-In-Possession** | ) | **Adversary Case 09 A 01255** |
| | ) | |
| | ) | |
| **BOSTON BLACKIES MANAGEMENT,** | ) | |
| **COMPANY, INC., et al.,** | ) | **Hearing Date: December 10, 2009** |
| **Plaintiffs,** | ) | **Hearing Time: 2:00 pm** |
| **v.** | ) | |
| | ) | |
| **DAVID OFMAN, SYSCO CHICAGO, INC., a** | ) | |
| **Corporation, RBS CITIZENS, N.A. d/b/a** | ) | |
| **CHARTER ONE, as successor by merger with** | ) | |
| **CHARTER ONE BANK, N.A., GENERAL** | ) | |
| **ELECTRIC CAPITAL CORPORATION, a** | ) | |
| **Delaware corporation, FIFTH THIRD BANK, a** | ) | |
| **Michigan Banking Corporation, KURT** | ) | |
| **KRUEGER,** | ) | |
| **Defendants.** | ) | |

**PROOF OF SERVICE**

    I, Eileen M. Sethna, an attorney, certify that I served the **EMERGENCY MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION BARRING PROSECUTION OF COLLATERAL LITIGATION AGAINST THE DEBTORS' OFFICERS/MEMBERS PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, AND REQUEST FOR OTHER RELIEF** upon the persons named in the attached service list by facsimile, e-mail and overnight mail on December 8, 2009. Proof of facsimiles, proof of e-mails and overnight mail receipts are attached hereto.

                                                                      /s/ Eileen M. Sethna
                                                                       Eileen M. Sethna

QUERREY & HARROW, LTD.
Attorney for Debtor
175 W. Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000

Document #: 1462005

## SERVICE LIST

| | |
|---|---|
| David Ofman<br>674 Bluff<br>Glencoe, IL 60022<br>Via FedEx Overnight | Sysco Chicago, Inc<br>Gene Engle, Credit Manager<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016-3192<br>Via FedEx Overnight |
| RBS Citizens, N.A. d/b/a Charter One<br>Celso Rivera<br>71 S. Wacker Dr<br>Chicago, IL 60606-4637<br>Via FedEx Overnight | General Electric Capital Corporation<br>c/o Todd B. Jones<br>8377 E. Hartford Drive, Ste 200<br>Scottsdale, AZ 85255<br>Fax: 480-563-6945 |
| Fifth Third Bank<br>c/o Timothy F. Meredith<br>1830 E. Paris Ave<br>Grand Rapids, MI 49546<br>Fax: 616-653-9976 | Kurt Krueger<br>8706 Gardner Rd<br>Fox River Grove, IL 60021<br>Via FedEx Overnight |
| William T. Neary<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Fax:  312-886-5794 | Ronald R. Peterson<br>Jenner & Block LLP<br>330 N Wabash Ave, 38th Flr<br>Chicago, IL 60611<br>Fax: 312-840-7381 |
| Internal Revenue Service<br>Associate Area Counsel, SB/SE<br>200 W Adams St, Suite 2300<br>Chicago, IL 60606<br>Fax: 312-368-8712 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604<br>Fax: 312-368-8712 |
| IL Dept. of Employment Security<br>33 S. State Street<br>Chicago, IL 60603<br>Fax: 312-793-9834 | James D. Newbold<br>Illinois Department of Revenue<br>100 West Randolph, 13th Floor<br>Chicago, Illinois 60601<br>Fax: 312-814-3589 |
| RBS Citizens, NA d/b/a Charter One<br>c/o Thomas M. Lombardo<br>Riemer & Braunstein, LLC<br>71 S. Wacker Dr, Ste 3515<br>Chicago, IL 60606<br>Fax: 312-780-1212 | RBS Citizens, NA d/b/a Charter One<br>c/o Jeffrey Ganz<br>Riemer & Braunstein<br>3 Center Plaza, Floor 6<br>Boston, MA 02108-2203<br>Fax: 617-692-3568 |

National Republic Bank
c/o Ariel Weissberg
401 S. LaSalle St, Ste 403
Chicago, IL 60605
Fax: 312-663-1514

Fox River Commons Shopping Center
c/o The DiMucci Companies
285 W Dundee Rd
Palatine, IL 60074
Fax: 847-991-9728

Boston Blackies Properties IV, LLC
164 E. Grand Ave
Chicago, IL 60611
Fax: 312-627-0250

10/120 S. Riverside Property, LLC
c/o Behringer Harvard REIT I, Inc.
Richard H. Needham, G.M.
120 S. Riverside Plaza
Chicago, IL 60606
Fax: 312-930-9265

Peerless Building Partnership
c/o Nick Giannis
6424 North Tower Ct
Lincolnwood, IL 60712
Fax: 312-454-0937

Ronald Rosenblum & Assoc
111 W. Washington St, Ste 823
Chicago, IL 60602
Fax: 312-977-0922

Lake Cook Plaza Assoc., Ltd., Ptr.
c/o Lake Cook Plaza, LLC
Mosiac Prop & Devl
555 Skokie Blvd., Suite 204
Northbrook, IL 60062
Fax: 847-498-5977
E-mail: sb@mosiac-pd.com

Caro Insurance
16520 106th Ct
Orland Park, IL 60467
Fax: 708-675-1203

Sysco Chicago Inc.
c/o McMahan & Sigunick Ltd.
412 S. Wells St, 6th Flr
Chicago, IL 60607
Fax: 312-913-1350

Systems & Services Technologies, Inc.
PO Box 829009
Dallas, TX 75382

WaMu
c/o JP Morgan Chase
PO Box 660022
Dallas, TX 75266
Fax: 866-699-0618

Boston Blackies Properties II, LLC
222 E. Algonquin Rd
Arlington Heights, IL 60005
Fax: 312-627-0250

BLC LLC/Ciena Capital LLC
PO Box 26507
Greenville, SC 29616
Fax: 864-751-4455

Rally Capital Services, LLC
350 N. LaSalle St, Ste 1100
Chicago, IL 60654
Fax: 312-645-1976

J. Pappas Accounting Group
17 W 729 A Roosevelt Rd
Oak Brook Terrace, IL 60181
Fax: 630-627-5254

United Investors, Inc
5948 N Broadway
Chicago, IL 60660
Fax: 773-989-7213

Kurt Krueger
c/o Joseph A. Baldi & Donna B. Wallace
Joseph A. Baldi & Associates, PC
19 S LaSalle St, Ste 1500
Chicago, IL 60603
Fax: 312-641-0180

TriMark Marlinn
c/o Arthur Raphael
Teller, Levit & Silvertrust, PC
11 East Adams Street, #800
Chicago, IL  60603
Fax: 312-922-3048

Home Depot Credit Services
c/o Blatt Hasenbiller Leibsker
125 S Wacker Dr, Ste 400
Chicago, IL 60606
Fax: 312-704-9430

Alpha Baking Company, Inc.
4545 Lyndale
Chicago, IL 60639
Fax: 847-564-9525

American Express
PO Box 0001
Los Angeles, CA 90096
Fax: 623-444-3000

Carson's
612 N. Wells
Chicago, IL 60610
Fax: 312-280-7872

Alsco-American Linen
2641 S. Leavitt
Chicago, IL 60608
Fax: 773-579-1325

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664
Fax: 312-814-3589

Economy Packing Co., Inc.
939 W. Fullerton St
Chicago, IL 60607
Fax: 312-421-2667

Mark Solomon Ltd. Incorporated
f/k/a Irv Solomon and Son
PO Box 934
Northbrook, IL 60065-0934
Fax: 847-564-2837

US Foodservice, Inc.
9399 W. Higgins Rd, Suite 600
Rosemont, IL 60018
Fax: 630-496-4303

Bank of America Corporate Center
100 N. Tryon St
Charlotte, NC 28255
Fax: 336-805-1340

Versa Foods, Inc.
320 W. Gerri Lane
Addison, IL 60101-5012
Fax: 630-628-9292

Dino's & Sons
6059 N. Hermitage St
Chicago, IL 60660
Fax: 773-973-0103

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607
Fax: 312-243-9860