**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **09-44643**

**BOSTON BLACKIES MANAGEMENT COMPANY, INC.**
    Debtor

Adversary Proceeding No. **09-01255**

**BOSTON BLACKIES MANAGEMENT COMPANY, INC.**
**BOSTON BLACKIES - 164 EAST GRAND ET. AL.**
    Plaintiff

v.
**DAVID OFMAN**
**SYSCO CHICAGO INC ET. AL.**
    Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| Name and Address of Plaintiff's Attorney |
| --- |
| **Robert R Benjamin** <br> **175 West Jackson Boulevard** <br> **Suite 1600** <br> **Chicago, IL 60604** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 682** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **01/14/2010 at 10:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Kenneth S. Gardner, Clerk Of Court*



**Continued Caption:**

**Listing Of Plaintiff Names:**

BOSTON BLACKIES MANAGEMENT COMPANY, INC.

BOSTON BLACKIES - 164 EAST GRAND

BOSTON BLACKIES OF ARLINGTON HEIGHTS

BOSTON BLACKIES OF LAKE COOK PLAZA, INC.

BOSTON BLACKIES OF NAPERVILLE, LLC

BOSTON BLACKIES OF RIVERSIDE PLAZA, INC.

BOSTON BLACKIES OF WINNETKA, INC.

**Listing Of Defendant Names:**

DAVID OFMAN

SYSCO CHICAGO INC

RBS CITIZENS, N.A. D/B/A CHARTER ONE

GENERAL ELECTRIC CAPITAL CORPORATION

FIFTH THIRD BANK

KURT KRUEGER

# CERTIFICATE OF SERVICE

I, __Eileen M. Sethna__, certify that I am, and at all times during the
   (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered __December 9, 2009__ by:
       (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Fifth Third Bank, c/o Timothy F. Meredith, 1830 E. Paris Ave., Grand Rapids, MI 49546
Fifth Third Bank, c/o The Corporation Company, 30600 Telegraph Road, Bingham Farms, MI 48025

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__December 9, 2009__                                        __/s/ Eileen M. Sethna__
       Date                                                        Signature

Print Name
Eileen M. Sethna

Business Address
175 W. Jackson Blvd., Suite 1600

City                            State              Zip